COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-273-CV

 

IN RE THE FROST NATIONAL
BANK,                                          RELATOR

TRUSTEE OF THE VESTAL B. SANDERS

REVOCABLE TRUST                                                                             

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and the response thereto and is of the opinion
that relief should be denied. 
Accordingly, relator=s
petition for writ of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL A: 
CAYCE, C.J.; DAUPHINOT and WALKER, JJ.

 

WALKER, J. would grant.

 

DELIVERED: 
August 30, 2007











    [1]See
Tex. R. App. P. 47.4.